UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| JOSEPH LLOYD EDWARDS, # 530451, | |
| Petitioner, | Case No. 1:11-cv-381 |
| v. | Honorable Paul L. Maloney |
| WILLIE SMITH, | |
| Respondent. | |

## ORDER

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:   September 6, 2016                     /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge