UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH LLOYD EDWARDS, )
# 530451, )
 )
       Petitioner, )  Case No. 1:11-cv-381
 )
v. )  Honorable Paul L. Maloney
 )
WILLIE SMITH, )
 )
       Respondent. )
_____)

    In accordance with the Opinion entered this day:

    **IT IS ORDERED** that petitioner's application for habeas corpus relief is hereby **DENIED** because it fails to raise a meritorious federal claim.

Dated: September 6, 2016            /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge